**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


PATRICK ANTHONY RIBBING,

     Plaintiff,

v.                                                          Case No. 3:20cv5696-MCR-HTC

PENSACOLA STATE COLLEGE, et al.,

     Defendants.

_____/

## O R D E R

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 6). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. The docket reflects that the Report and Recommendation was returned as undeliverable and "unable to forward." The docket also reflects that all other mail from the Court to Plaintiff has been returned as undeliverable. It is the Plaintiff's responsibility to maintain a current address with the Court. Moreover, an affidavit from Plaintiff filed on September 1, 2020, is untimely and fails to comply with the prior order of the Magistrate Judge.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with orders of the Court.

3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of September 2020.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**